# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

CITIZENS PROPERTY INSURANCE CORPORATION,

Appellant,

v.

GLORIA J. JAMES-KING, as First Successor
Trustee of the Revocable Living Trust Agreement
of James M. James,

Appellee.

No. 2D2024-2138

————————————————

September 17, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Scot E. Samis of Traub Lieberman Straus & Shrewsberry, LLP, Saint Petersburg, for Appellant.

Mark A. Nation and Paul W. Pritchard of The Nation Law Firm, Longwood, for Appellee.

PER CURIAM.

   Affirmed.


LUCAS, C.J., and KELLY and KHOUZAM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.